```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 13939
   JIMMY L CANNON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6394
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 05/30/2008 and was confirmed 08/04/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 12/15/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | .00 | .00 | .00 |
| COOK COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 9700.00 | .00 | .00 |
| CITY OF CHICAGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| LOAN MACHINE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 208.36 | .00 | .00 |
| THOMAS W DREXLER | DEBTOR ATTY | 2,774.00 | | 212.52 |
| TOM VAUGHN | TRUSTEE | | | 18.48 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 231.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 212.52 |
| TRUSTEE COMPENSATION | | 18.48 |
| DEBTOR REFUND | | .00 |
| TOTALS | 231.00 | 231.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```